# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-1665
Lower Tribunal No. 2012-CF-000707

_____

DERRICK WILKERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Osceola County.
Tom Young, Judge.

August 6, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and GANNAM, JJ., concur.


Derrick Wilkerson, Raiford, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED